**No. 59668.**—Samincorp South American Minerals & Merchandise Corporation *v.* United States, protests 258238–K and 255591–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protests were dismissed for lack of prosecution.